**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01537-WDM-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:  October 16, 2007** | **Courtroom Deputy:**  Ben Van Dyke |

| | |
|---|---|
| THE ESTATE OF EVELYN HADLEY, | Jack M. Harang, via telephone |
| **Plaintiff,** | |
| v. | |
| VOLUNTEERS OF AMERICA CARE FACILITIES d/b/a VALLEY MANOR CARE CENTER, INC., *et al.*, | Carol A. Manteuffel, via telephone |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:      10:02 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:   The Motion and Order to Reopen the Deposition of Deborah Guthrie and Peggy Carter and Incorporated Memorandum in Support Thereof [filed September 9, 2007; doc. 46] is granted for the reasons stated on the record. The depositions shall be reopened for ninety (90) minutes on topics consistent with the limitations discussed on the record.  The depositions shall be completed within thirty (30) days.**

HEARING CONCLUDED.

**Court in Recess:       10:24 a.m.**
Total In-Court Time:     00:22