IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01537-WDM-CBS

THE ESTATE OF EVELYN HADLEY,

Plaintiff,

v.

VOLUNTEERS OF AMERICA CARE FACILITIES d/b/a VALLEY MANOR CARE CENTER INC., and
JOHN DOE #1 AN EMPLOYEE OF VOLUNTEERS OF AMERICA CARE FACILITIES d/b/a VALLEY MANOR CARE CENTER INC.,

Defendants.

---

**ORDER ON MOTION FOR NEW TRIAL AND/OR RECONSIDERATION**

---

Miller, J.

This matter is before me on the Motion for New Trial and/or Reconsideration (doc no 69), requesting that I reconsider my order granting Defendant partial summary judgment on several claims and damages questions.

Since no trial has occurred, I will consider Plaintiff's motion to be one pursuant to Fed. R. Civ. P. 59(e). A Rule 59(e) motion to alter or amend a judgment "should be granted only 'to correct manifest errors of law or to present newly discovered evidence.'" *Phelps v. Hamilton*, 122 F.3d 1309, 1324 (10th Cir. 1997). Plaintiff alleges I erred in granting partial summary judgment in defendants' favor because there is a genuine issue of fact as to whether Davine Bruno, the representative of the Plaintiff Estate, is also asserting claims on behalf of herself and her siblings. Contrary to Plaintiff's assertion, Ms. Bruno's deposition testimony was unequivocal and

unambiguous in this regard: “Q: And so we are clear, you are pursuing this claim on behalf of your mother and no one else; is that right? A: Exactly. Q: And it’s only for injuries that may have happened to her? A: Yes.” Exhibit A-1 (doc no 44-2) to Brief in Support of Damages Motion at 17:20-18:1. Plaintiff has not demonstrated manifest error of law.

Plaintiff also contends that I erred in determining that Plaintiff’s evidence is insufficient as a matter of law to support Plaintiff’s claim of intentional infliction of emotional distress. Plaintiff offers nothing more than conclusory assertions to support its position, which does not satisfy its burden on a Rule 59(e) motion.

Accordingly, Plaintiff’s motion is denied.

DATED at Denver, Colorado, on February 20, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge